IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 24-41040-MXM |
| | § | |
| JOSE TRINIDAD CUELLAS, xxx-xx-7694 | § | Chapter 13 |
| 4802 WINTERVIEW DR | § | |
| MANSFIELD, TX  76063 | § | Court Hearing: Thursday, June 20, 2024 at 8:30 AM |
| | § | |
| Debtor | § | |

## NOTICE OF
## DEADLINE FOR OBJECTION TO CONFIRMATION

**May 22, 2024** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about April 16, 2024.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102**.

### CONFIRMATION HEARING

If an Objection to Confirmation of Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, June 20, 2024** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX  76102**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

### CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before May 01, 2024.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

LEE LAW FIRM PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX  76053
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
AMERICREDIT FINANCIAL SERVICES INC, PO BOX 183853, ARLINGTON, TX  76096-3853
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

Case 24-41040-mxm13   Doc 28   Filed 04/30/24   Entered 04/30/24 15:05:08   Desc
Page 2 of 2

Case No. 24-41040-MXM                                                                                          JOSE TRINIDAD CUELLAS
Notice of Deadline for Objection to Confirmation and Confirmation Hearing                                      Page 2 of 2

**BY FIRST CLASS MAIL:**

ALLY BANK,  C/O AIS PORTFOLIO SERVICES,  4515 N SANTA FE AVE DEPT APS,  OKLAHOMA CITY, OK  73118-0000
ALLY BANK,  PAYMENT PROCESSING CENTER,  PO BOX 660618,  DALLAS, TX  75266-0000
AMERICAN FIRST FINANCE,  PO BOX 565848,  DALLAS, TX  75356-0000
AMERICREDIT FINANCIAL SERVICES INC,  PO BOX 183853,  ARLINGTON, TX  76096
ASCENDIUM EDUCATION SOLUTIONS,  PO BOX 809142,  CHICAGO, IL  60680-0000
ASCENDIUM EDUCATION SOLUTIONS,  PO BOX 8961,  MADISON, WI  53708-0000
ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711
ATTORNEY GENERAL OF TEXAS,  PO BOX 12017,  AUSTIN, TX  78711
BANK OF AMERICA NA,  PO BOX 660933,  DALLAS, TX  75266
BMW FINANCIAL SERVICES,  4515 N SANTA FE AVE DEPT APS,  OKLAHOMA CITY, OK  73118-0000
CAPITAL ONE BANK USA,  PO BOX 31293,  SALT LAKE CITY, UT  84131
CREDIT ONE BANK,  PO BOX 98875,  LAS VEGAS, NV  89193-0000
DISCOVER BANK,  DISCOVER PRODUCTS INC,  PO BOX 3025,  NEW ALBANY, OH  43054
GM FINANCIAL,  PO BOX 183853,  ARLINGTON, TX  76096
INTERNAL REVENUE SERVICE,  PO BOX 7317,  PHILADELPHIA, PA  19101
INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101
INVITATION HOMES,  4450 SOJOURN DR,  ADDISON, TX  75001-0000
JOSE TRINIDAD CUELLAS,  4802 WINTERVIEW DR,  MANSFIELD, TX  76063-0000
LEE LAW FIRM PLLC,  8701 BEDFORD EULESS RD STE 510,  HURST, TX  76053-0000
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  2777 N STEMMONS FWY #1000,  DALLAS, TX  75207-0000
LINEBARGER GOGGAN BLAIR ET AL,  100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000
LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603
NTTA,  PO BOX 260928,  PLANO, TX  75026
ONEMAIN FINANCIAL,  PO BOX 3251,  EVANSVILLE, IN  47731-0000
REGIONAL FINANCE,  979 BATESVILLE RD STE B,  GREER, SC  29651-0000
RMA TOLL PROCESSING,  PO BOX 734182,  DALLAS, TX  75373-0000
SYNCHRONY BANK,  PO BOX 71754,  PHILADELPHIA, PA  19176-0000
TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196
TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711
TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711
TEXAS EMPLOYMENT COMMISSION,  TEC BUILDING   BANKRUPTCY,  101 E 15TH ST,  AUSTIN, TX  78778
TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000
THE ASCENSION LAW GROUP,  FKA RAMSEY & DISMUKE PC,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000
TX TAG,  PO BOX 650749,  DALLAS, TX  75265-0000
UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242
US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530