Office of The Standing Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 498-1937

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Jose Trinidad Cuellas | § § § § | Case No. 24-41040-MXM Chapter 13 |
| Debtor(s) | § | |

TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. 1302(c)

The Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1. Name of business: MRJ Handyman, MRJ Company.

2. Location of business: Mansfield, Texas.

3. Type of business: handyman services, janitorial services.

4. Type of business entity: sole proprietorship.

5. Business license current: not required.

6. Business insurance current: yes.

7. All required federal tax returns have been filed: yes.
   If no, list unfiled returns:

8. Debtor obtains trade credit in the operation of the business: no.

9. Number of employees or contract laborers (excluding family members): thirteen.

10. The result of the Trustee's investigation pursuant to 11 U.S.C. 1106(a) is summarized in Exhibit I.

Dated this  11th  day of  June , 2024.

Tim Truman
Chapter 13 Standing Trustee

# EXHIBIT I.

## Analysis of Financial Data and Trustee's Recommendation

Case Name: Jose Trinidad Cuellas
Case No.: 24-41040

|  | Tax Year 2023 | Monthly Average | P & L 6 months 03-2024 | Monthly Average | Schedule I & J | CMI B22C |
|---|---|---|---|---|---|---|
| Gross Income | 423,224 | 35,269 | 247,878 | 41,313 | 53,297 | 40,630 |
| Less Cost of Goods Sold |  |  | 6,947 | 1,158 |  |  |
| Gross Profit | 423,224 | 35,269 | 240,931 | 40,155 | 53,297 | 40,630 |
| Less Business Expenses | 316,382 | 26,365 | 180,904 | 30,151 | 44,288 | 27,309 |
| **Net Profit** | 106,842 | 8,904 | 60,027 | 10,004 | 9,009 | 13,321 |
| Plus Payment to Owner |  |  | 17,433 | 2,906 |  |  |
| Plus Depreciation | 5,760 | 480 |  |  |  |  |
| Plus Other. Income |  |  |  |  | 3,350 | 3,069 |
| Total Before Tax Income | 112,602 | 9,384 | 77,460 | 12,910 | 12,359 | 16,390 |
| Less Income & SE Taxes | 21,938 | 1,828 |  |  | 394 | 368 |
| Net After Tax Income | 90,664 | 7,555 | 77,460 | 12,910 | 11,965 | 16,022 |

Mr. Cuellas has been in business for nine years. His companies earned a net profit in 2023. They continued to be profitable during the six-month period ending in March 2024. The financial statements submitted to the Trustee seem to indicate the plan is feasible. However, there are two federal tax claims that are not fully provided for. In addition, estimated tax payments have not been made. For these reasons, the plan is deemed to be not feasible.

It is the opinion of the Trustee pursuant to 11 U.S.C. 1302(c) and 1106(a), based upon the financial data furnished by the debtor, that the debtor's business is not viable, the continuance of the business is not desirable and **the plan is not feasible**. The Trustee is not aware of any facts pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor, or of a cause of action available to the estate.