**Tim Truman**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 24-41040-MXM |
| | § | Chapter 13 |
| JOSE TRINIDAD CUELLAS | § | Hearing Date: July 17, 2025  8:30 am |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S NOTICE OF CONTINUANCE

**NOTICE IS HEREBY GIVEN** that the "Motion to Dismiss (Insufficient Plan)" matter has been continued from June 17, 2025, 8:30 am to a court hearing on **July 17, 2025, 8:30 am** to be held **at the United States Bankruptcy Court, 501 W. 10th Street, Room 128, Fort Worth, TX 76102.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties listed below in the manner listed below on or before June 18, 2025.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No. 20258000
Angela Allen
State Bar No. 007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

**BY FIRST CLASS MAIL:**
JOSE TRINIDAD CUELLAS, 4802 WINTERVIEW DR, MANSFIELD, TX 76063-0000
**ELECTRONIC SERVICE:**
REAVES AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX 76053
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118
AMERICREDIT FINANCIAL SERVICES INC, PO BOX 183853, ARLINGTON, TX 76096-3853
AMERICAN FIRST FINANCE, BECKET AND LEE, PO BOX 3002, MALVERN, PA 19355
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711-2548
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242